# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew C. CALDERON | ) Case No. 3:22-MJ-00095-KFR |
| Christopher J. SANTANA | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/2/2022__ in the county of __Anchorage__ in the District of __ALASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE, METHAMPHETAMINE |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

**BRITT DAMON** — Digitally signed by BRITT DAMON
Date: 2022.02.04 16:06:00 -09'00'

*Complainant's signature*

Special Agent Britt Damon
*Printed name and title*

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

Date: 02/05/2022

City and state: Anchorage, AK

*Judge's signature*

US Magistrate Kyle Reardon
*Printed name and title*