JOHN E. KUHN, JR.
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  vs.<br><br>MATTHEW C. CALDERON,<br>a/k/a "June," and<br>CHRISTOPHER J. SANTANA,<br>a/k/a "C.J.,"<br><br>                 Defendants. | No. 3:22-cr-00019-SLG-KFR<br><br><u>COUNTS 1 and 2:</u><br>DISTRIBUTION OF<br>METHAMPHETAMINE<br>   Vio. of 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)<br><br><u>COUNT 3:</u><br>DRUG CONSPIRACY<br>   Vio. of 21 U.S.C. §§ 846, 841(a)(1),<br>(b)(1)(A), (b)(1)(B)<br><br><u>COUNT 4:</u><br>POSSESSION OF FIREARMS IN<br>FURTHERANCE OF DRUG<br>TRAFFICKING<br>   Vio. Of 18 U.S.C. §§ 924(c)(1)(A)(i)<br><br><u>CRIMINAL FORFEITURE</u><br><u>ALLEGATION 1:</u><br>   21 U.S.C. § 853 and Rule 32.2(a) |

)   CRIMINAL FORFEITURE
)   ALLEGATION 2:
)      18 U.S.C. § 924(d) and
)   28 U.S.C. § 2461(c)
)

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about October 13, 2021, within the District of Alaska, defendant MATTHEW C. CALDERON knowingly distributed a controlled substance, to wit: 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All of which is in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## COUNT 2

On or about February 2, 2022, within the District of Alaska, defendant MATTHEW C. CALDERON knowingly distributed a controlled substance, to wit: 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers.

All of which is in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## COUNT 3

Beginning on an exact date unknown, but at least on or about February 2, 2022, within the District of Alaska, the defendants MATTHEW C. CALDERON and CHRISTOPHER J. SANTANA knowingly and intentionally combined, conspired,

confederated, and agreed with each other to distribute and possess with intent to distribute controlled substances, to wit: 50 grams or more of pure methamphetamine and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propenamide.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) and (b)(1)(B).

## COUNT 4

On or about February 2, 2022, within the District of Alaska, the defendant MATTHEW C. CALDERON knowingly possessed firearms in furtherance of the drug conspiracy charged in Count 3 of this Indictment, to wit:

1. A Glock 22 .40-caliber pistol,
2. An Anderson AM-15 .223-caliber AR-style rifle,
3. A Sig Sauer P365 9mm pistol,
4. An American Tactical Omni AR-style hybrid,
5. A Smith and Wesson SD9V0 pistol, and
6. A Glock 10mm pistol,

All of which is in violation of 18 U.S.C. §§ 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Count 3 of this Indictment, the defendants MATTHEW C. CALDERON, and CHRISTOPHER J. SANTANA shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, approximately $43,789 and $6,700 in U.S. currency seized on February 2, 2022.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

Upon conviction of the offense in violation of 18 U.S.C. §§ 924(c)(1) and 924(a)(2), as set forth in Count 4 of this Indictment, the defendants MATTHEW C. CALDERON shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following,

1. A Glock 22 .40-caliber pistol, serial number FYM240;
2. An Anderson AM-15 .223-caliber AR-style rifle, serial number 20011760;
3. A Sig Sauer P365 9mm pistol, serial number 66A559415; and
4. A Smith and Wesson SD9V0 pistol, serial number FYB8944.

//
//
//
//

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

s/ John E. Kuhn, Jr.
JOHN E. KUHN, JR.
United States Attorney
United States of America

DATE: March 15, 2022