# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>MATTHEW CHRISTOPHER CALDERON,<br><br>              Defendant. | Case No. 3:22-cr-00019-SLG-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 85. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered guilty pleas to Counts 3 and 4 of the Indictment, Drug Conspiracy and Possession of a Firearm in Furtherance of a Crime of Violence of Drug Trafficking, which are violations of 21 U.S.C. §§ 846, 841(a)(1), (b)(1) and 18 U.S.C. § 924(c)(1)(A)(i). Defendant also admitted to the Criminal Forfeiture Allegation.

Judge Reardon issued a Final Report and Recommendation at Docket 96, in which he recommended that the District Court accept Defendant's pleas of guilty

to Counts 3 and 4 of the Indictment and accept Defendant's admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Counts 3 and 4 of the Indictment and Defendant is adjudged GUILTY of Counts 3 and 4. The Court also ACCEPTS Defendant's admission to the Criminal Forfeiture Allegation. An Imposition of Sentence hearing has been scheduled for January 4, 2023, at 1:30 p.m. before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 4th day of October, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cr-00019-SLG-KFR, *United States v. Calderon*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:22-cr-00019-SLG-KFR   Document 97   Filed 10/04/22   Page 2 of 2