S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>MATTHEW C. CALDERON<br>a/k/a "June,"<br>    Defendant. | Case No. 3:22-cr-00019-SLG-KFR |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Plaintiff, the United States of America, hereby moves this Court, pursuant to Fed. R. Crim. P. 32.2(b)(2), to enter the Preliminary Order of Forfeiture attached to this motion, based on defendant's guilty plea and admission to forfeiture on September 16, 2022, Dkt. 89, as set forth in the Criminal Forfeiture Allegations of the Indictment, Dkt. 34, and restated in his Plea Agreement, Dkt. 85.

RESPECTFULLY SUBMITTED this 25th day of October 2023, in Anchorage, Alaska.

    S. LANE TUCKER
    United States Attorney

    */s/Seth Beausang*
    SETH BEAUSANG
    Assistant United States Attorney
    United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Matthew C. Calderon*      3:22-cr-00019-SLG-KFR
Motion for Preliminary Order of Forfeiture      Page 2
Case 3:22-cr-00019-SLG-KFR    Document 122    Filed 10/25/23    Page 2 of 2