S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:22-cr-000019-SLG-KFR |
|---|---|
| Plaintiff, | ) <br> ) **NOTICE REGARDING** <br> ) **FORFEITURE** |
| vs. | ) <br> ) |
| MATTHEW C. CALDERON, a/k/a "June," and CHRISTOPHER J. SANTANA, a/k/a "C.J.," | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

Plaintiff, the United States of America, hereby gives notice that the government will not be pursuing a Final Order of Forfeiture for the property noticed for forfeiture in the indictment, as the assets have been administratively forfeited.

//

//

//

//

RESPECTFULLY SUBMITTED this 5th day of April 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        */s/Seth Beausang*
        SETH BEAUSANG
        Assistant United States Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy
of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Calderon et al*
Notice Regarding Forfeiture
3:22-cr-19-SLG-KFR